NUMBER 13-02-419-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

WENDI BUSSARD,                                                                Appellant,

 

                                                   v.

 

ROY SPEARS AND BRUCE SPEARS,                                       Appellees.

____________________________________________________________________

 

                        On appeal from the 343rd  District Court

                               of San Patricio County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

            Before Chief Justice
Valdez and Justices Hinojosa and Yanez

                                              Opinion
Per Curiam

 

Appellant, WENDI
BUSSARD, perfected an appeal from a judgment entered by the 343rd
District Court of San Patricio County, Texas, in cause number S-01-5057-CV-C.  After the
notice of appeal was filed, appellant filed a motion to dismiss the
appeal.  Appellant requests that this
Court dismiss the appeal.








The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 22nd day of August, 2002.